IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br>    Plaintiff,<br>vs.<br>THE DEPARTMENT OF MENTAL HEALTH, et al.,<br>    Defendants. | No. C 12-00016 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE PRISONER TRUST ACCOUNT STATEMENT |

On January 4, 2012, plaintiff filed this pro se civil rights action by filing a letter complaining of prison conditions at North Kern State Prison. The same day, the clerk of the Court sent a notification to plaintiff that the complaint was insufficient because plaintiff failed to pay the filing fee or submit an in forma pauperis application. (Docket No. 3.) On January 5, 2012, plaintiff filed an in forma pauperis application which is deficient because plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.)

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing statement, i.e., a copy of his prisoner trust account showing transactions for the last six months, **no later than thirty (30) days** from the date this

Order Granting Ext. of Time to file Prisoner Account Statement
G:\PRO-SE\JW-SF\CR-12\Castillo-12-0016_ifp-eot.wpd

order is filed. In the alternative, plaintiff may pay the full $350.00 filing fee.

**Failure to respond in accordance with this order in the time provided will result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

IT IS SO ORDERED.

DATED: April 10, 2012



JAMES WARE
United States District Chief Judge

Order Granting Ext. of Time to file Prisoner Account Statement
G:\PRO-SE\JW-SF\CR-12\Castillo-12-0016_ifp-eot.wpd        2