IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER JAMES CASTILLO, | ) ) ) | No. C 12-0016 JW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) ) | |
| THE DEPARTMENT OF MENTAL HEALTH, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

On January 4, 2012, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. The same day, the clerk of the Court notified Plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 3.) On January 20, 2012, Plaintiff filed an incomplete in forma pauperis application; Plaintiff failed to attach of a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.) The Court granted Plaintiff an extension of time to May 10, 2012, to file a complete in forma pauperis application or, in the alternative, pay the $350.00 filing fee. (Docket No. 6.)

//

//

1  The deadline has passed, and Plaintiff has neither paid the filing fee, filed a
2  complete in forma pauperis application, nor explained his failure to do so.
3  Accordingly, this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(b).
4  The Clerk shall close this file and terminate all pending motions as moot.

6  IT IS SO ORDERED.

8  DATED: May 31, 2012

   JAMES WARE
   United States District Chief Judge

**United States District Court**
For the Northern District of California

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\12-0016 JW Order of Dismissal - Department of Mental Health.wpd